HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON
JAMES W. PUZEY, ESQ.
Nevada Bar No. 5745
800 South Meadows Parkway, Suite 800
Reno, NV 89521
(775) 851-8700
*Attorneys for Julie Mathis*

DUNLAP & LAXALT
CALVIN R.X. DUNLAP, ESQ.
Nevada Bar No. 2111
MONIQUE LAXALT, ESQ.
Nevada Bar No. 1969
537 Ralston Street
Reno, Nevada 89503
(775) 323-7990
*Attorneys for Marlys Plumer*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IDS PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br>vs.<br><br>JULIE MATHIS, et al.<br><br>Defendants.<br>_____<br><br>MARLYS PLUMER, et al.<br><br>Plaintiffs,<br>vs.<br><br>IDS PROPERTY AND CASUALTY INSURANCE COMPANY<br><br>Defendants.<br>_____ | Case No.: 2:16-cv-02069-APG-GWF<br>Consolidated with Case No. 3:17-cv-00214-HDM-VPC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR JULIE MATHIS AND MARLYS PLUMER TO REPLY TO IDS PROPERTY & CASUALTY INSURANCE COMPANY'S OPPOSITION TO MOTION TO INTERVENE** |

COME NOW, JULIE MATHIS and MARYLS PLUMER, by and through their Attorneys

1

DUNLAP & LAXALT
537 RALSTON STREET
POST OFFICE BOX 3689
RENO, NEVADA 89505
TELEPHONE (775) 323-7790 • FAX (775) 323-5454

of Record, JAMES W. PUZEY, ESQ., CALVIN R.X. DUNLAP, ESQ., and MONIQUE LAXALT, ESQ, respectively, and IDS PROPERTY & CASUALTY INSURANCE COMPANY (hereinafter "IDS") by and through its Attorney of Record, THOMAS FRIEDMAN of BROWN, BONN & FRIEDMAN, LLP, and inform the Court that they have discussed the effects of the recent Consolidation Order on the matter [document #5], dated April 20, 2017. Pursuant to those discussions, the parties hereby stipulate and agree as follows:

1. JULIE MATHIS and MARLYS PLUMER filed a Motion to Intervene on or about April 12, 2017;

2. IDS filed an Opposition to Motion to Intervene on or about April 26, 2017;

3. JULIE MATHIS and MARLYS PLUMER's reply date to IDS' Opposition is May 3, 2017; and

4. The parties hereby agree to extend the date of JULIE MATHIS and MARLYS PLUMER'S reply to IDS' Opposition to be May 10, 2017.

5. This Stipulation is not brought for the purpose of delay and counsel hereby certifies this Stipulation is made with the knowledge and consent of their clients.

| Attorney for JULIE MATHIS | Attorneys for MARLYS PLUMER |
|---|---|
| HOLLEY DRIGGS WALCH FINE WRAY PUZEY & THOMPSON JAMES W. PUZEY, ESQ. (NBN 5745) Nevada Bar No. 5745 800 South Meadows Parkway, Suite 800 Reno, Nevada 89521 Telephone: (775) 851-8700 | DUNLAP & LAXALT CALVIN R.X. DUNLAP, ESQ. Nevada Bar No. 2111 MONIQUE LAXALT, ESQ. Nevada Bar No. 1969 537 Ralston Street Reno, Nevada 89503 |
| Dated this _____ day of May, 2017 | Dated this _____ day of May, 2017. |

**IT IS SO ORDERED.**

_____
United States District Judge
Dated: May 4, 2017.

*Attorney for IDS PROPERTY & CASUALTY INSURANCE COMPANY*

**BROWN, BONN & FRIEDMAN, LLP**
**THOMAS FRIEDMAN**
Nevada Bar No. 7708
5528 South Fort Apache Road
Las Vegas, NV 89148

Dated this 3 day of May, 2017.

ORDER

IT IS SO ORDERED.

DATED this _____ day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE