# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IS PROPERTY & CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JULIE MATHIS, *et al.*,<br><br>Defendants. | Case No. 2:16-cv-02069-APG-GWF<br><br>**ORDER DENYING AS MOOT MOTION TO INTERVENE AND GRANTING MOTION TO AMEND**<br><br>(ECF Nos. 9, 13) |

In light of the order consolidating this case with 3:17-cv-00214-HDM-VPC,

IT IS ORDERED that the motion to intervene for purposes of filing a motion to dismiss **(ECF No. 9) is DENIED as moot**.

IT IS FURTHER ORDERED that the unopposed motion to amend complaint **(ECF No. 13) is GRANTED**. Pursuant to Local Rule 15-1(b), plaintiff must file and serve the amended complaint.

DATED this 1st day of June, 2017.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE