# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

IDS PROPERTY & CASUALTY INSURANCE COMPANY,

        Plaintiff,

vs.

JULIE MATHIS, *et al.*,

        Defendants.

Case No. 2:16-cv-02069-APG-GWF

**ORDER**

This matter is before the Court on Consol Plaintiffs' failure to file a Certificate as to Interested Parties as required by LR 7.1-1. The Answer to Amended Complaint (ECF No. 37) in this matter was filed August 9, 2017. LR 7.1-1 requires that pro se parties and attorneys for private non-governmental parties must, upon entering a case, file a certificate as to interested parties, listing all persons, firms, partnerships or corporations, known to have a direct, pecuniary interest in the outcome of the case, including the names of all parent subsidiary, affiliate and/or insider of the named non-individual parties. If there are no known interested parties, other than those participating in the case, a statement to that effect must be filed. To date, Consol Plaintiffs have failed to comply. Accordingly,

**IT IS ORDERED** that Consol Plaintiffs shall file their Certificate as to Interested Parties, which fully complies with LR 7.1-1 no later than **September 12, 2017.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 5th day of September, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge