Thomas Friedman, Esq. (Bar #7708)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas, NV 89148
(702) 942-3900
(702) 942-3901 Fax
tfriedman@brownbonn.com

Attorneys for Defendants:
IDS PROPERTY & CASUALTY INSURANCE COMPANY;
AMERIPRISE AUTO & HOME INSURANCE COMPANY;
AMERIPRISE INSURANCE COMPANY;
AMERIPRISE AUTO & HOME INSURANCE AGENCY, INC.; and
AMERIPRISE FINANCIAL, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIE MATHIS, an individual; MARLYS PLUMER, an individual; and CYNTHIA SUTHERLAND, in her Capacity As Special Administrator of the Estates of Robert Mathis and Linda Mathis,<br><br>Plaintiffs,<br><br>vs.<br><br>IDS PROPERTY & CASUALTY INSURANCE COMPANY, a Wisconsin Corporation; AMERIPRISE AUTO & HOME INSURANCE COMPANY, a Wisconsin Corporation; AMERIPRISE INSURANCE COMPANY, a Wisconsin Corporation; AMERIPRISE AUTO & HOME INSURANCE AGENCY, INC., a Wisconsin Corporation, AMERIPRISE FINANCIAL, INC., a Delaware Corporation,<br><br>Defendants. | CASE NO.: 2:16-cv-02069-APG-GWF<br>Consolidated with Case No.: 3:17-cv-00214-HDM-VPC<br><br>**(ELECTRONIC FILING CASE)**<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE FROM COMPLAINT** |

///
///
///
///

-1-

## STIPULATION AND ORDER FOR DISMISSAL
## WITH PREJUDICE FROM COMPLAINT

COMES NOW, Plaintiff, JULIE MATHIS, by and through her attorney, James W. Puzey, Esq., of the law firm of HOLLEY, DRIGGS, WALCH, FINE, WRAY, PUZEY & THOMPSON, and Plaintiff MARLYS PLUMER, by and through her attorneys Calvin R. X. Dunlap, Esq. and Monique Laxalt, Esq. of the law firm of DUNLAP & LAXALT, and Plaintiff CYNTHIA SUTHERLAND, in her Capacity As Special Administrator of the Estates of Robert Mathis and Linda Mathis, by and through her attorney, Charles B. Woodman, Esq. of the LAW OFFICES OF CHARLES B. WOODMAN, ESQ., and Defendants IDS PROPERTY & CASUALTY INSURANCE COMPANY; AMERIPRISE AUTO & HOME INSURANCE COMPANY; AMERIPRISE INSURANCE COMPANY; AMERIPRISE AUTO & HOME INSURANCE AGENCY, INC. and AMERIPRISE FINANCIAL, INC., by and through their attorney, Thomas Friedman, of the law firm of BROWN, BONN & FRIEDMAN, LLP, and hereby agree to stipulate to dismiss Defendants IDS PROPERTY & CASUALTY INSURANCE COMPANY; AMERIPRISE AUTO & HOME INSURANCE COMPANY; AMERIPRISE INSURANCE COMPANY; AMERIPRISE AUTO & HOME INSURANCE AGENCY, INC. and AMERIPRISE FINANCIAL, INC., with prejudice, each party to bear its own attorney's fees and costs.

Furthermore, IDS PROPERTY & CASUALTY INSURANCE COMPANY brought a Declaratory Relief Action, consolidated case number 2:16-cv-02069-APG-GWF, naming JULIE MATHIS, MARLYS PLUMER and CYNTHIA SUTHERLAND, in her Capacity as Special Administrator of the Estates of Robert Mathis and Linda Mathis, and the parties hereby agree to stipulate to dismiss this Declaratory Relief Action as well, each party to bear its own attorney's fees and costs.

///
///
///
///

-2-
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE FROM COMPLAINT

This Stipulation is entered into in good faith, in the interests of judicial economy and not for the purposes of delay.

Dated: May 14, 2018.

**HOLLEY, DRIGGS, WALCH, FINE, WRAY, PUZEY & THOMPSON**

/s/ James W. Puzey

James W. Puzey, Esq. (Bar #5745)
800 S. Meadows Parkway, Suite 800
Reno, NV 89521
Attorneys for Plaintiff
JULIE MATHIS

Dated: May ___, 2018.

**DUNLAP AND LAXALT**

_____
Calvin R. X. Dunlap, Esq. (Bar #2111)
Monique Laxalt, Esq. (Bar #1969)
537 Ralston Street
P.O. Box 3689
Reno, NV 89503
Attorneys for Plaintiff
MARLYS PLUMER

Dated: May ___, 2018.

**LAW OFFICES OF CHARLES B. WOODMAN, ESQ.**

_____
Charles B. Woodman, Esq. (Bar #5171)
548 W. Plumb Lane, Suite B
Reno, NV 89509
Attorneys for Plaintiff
CYNTHIA SUTHERLAND in her Capacity
As Special Administrator of the Estates of
Robert Mathis and Linda Mathis

Dated: May 21, 2018.

**BROWN, BONN & FRIEDMAN, LLP**

/s/ Thomas Friedman

Thomas Friedman, Esq. (Bar #7708)
5528 South Fort Apache Road
Las Vegas, NV 89148
Attorneys for Defendants
IDS PROPERTY & CASUALTY
INSURANCE COMPANY;
AMERIPRISE AUTO & HOME
INSURANCE COMPANY;
AMERIPRISE INSURANCE COMPANY;
AMERIPRISE AUTO & HOME
INSURANCE AGENCY, INC.; and
AMERIPRISE FINANCIAL, INC.

-3-

| | |
|---|---|
| 1 | This Stipulation is entered into in good faith, in the interests of judicial economy and not |
| 2 | for the purposes of delay. |

Dated: May ____, 2018.                                  Dated: May _11_, 2018.

**HOLLEY, DRIGGS, WALCH, FINE,**               **LAW OFFICES OF CHARLES B.**
**WRAY, PUZEY & THOMPSON**                      **WOODMAN, ESQ.**

_____                  _____
James W. Puzey, Esq. (Bar #5745)                Charles B. Woodman, Esq. (Bar #5171)
800 S. Meadows Parkway, Suite 800               548 W. Plumb Lane, Suite B
Reno, NV 89521                                  Reno, NV 89509
Attorneys for Plaintiff                         Attorneys for Plaintiff
JULIE MATHIS                                    CYNTHIA SUTHERLAND in her Capacity
                                                As Special Administrator of the Estates of
                                                Robert Mathis and Linda Mathis

Dated: May ____, 2018.                          Dated: May ____, 2018.

**DUNLAP AND LAXALT**                           **BROWN, BONN & FRIEDMAN, LLP**

_____                  _____
Calvin R. X. Dunlap, Esq. (Bar #2111)           Thomas Friedman, Esq. (Bar #7708)
Monique Laxalt, Esq. (Bar #1969)                5528 South Fort Apache Road
537 Ralston Street                              Las Vegas, NV 89148
P.O. Box 3689                                   Attorneys for Defendants
Reno, NV 89503                                  IDS PROPERTY & CASUALTY
Attorneys for Plaintiff                         INSURANCE COMPANY;
MARLYS PLUMER                                   AMERIPRISE AUTO & HOME
                                                INSURANCE COMPANY;
                                                AMERIPRISE INSURANCE COMPANY;
                                                AMERIPRISE AUTO & HOME
                                                INSURANCE AGENCY, INC.; and
                                                AMERIPRISE FINANCIAL, INC.

This Stipulation is entered into in good faith, in the interests of judicial economy and not for the purposes of delay.

Dated: May 14, 2018.

**HOLLEY, DRIGGS, WALCH, FINE, WRAY, PUZEY & THOMPSON**

_/s/ James W. Puzey_
James W. Puzey, Esq. (Bar #5745)
800 S. Meadows Parkway, Suite 800
Reno, NV 89521
Attorneys for Plaintiff
JULIE MATHIS

Dated: May ___, 2018.

**DUNLAP AND LAXALT**

_____
Calvin R. X. Dunlap, Esq. (Bar #2111)
Monique Laxalt, Esq. (Bar #1969)
537 Ralston Street
P.O. Box 3689
Reno, NV 89503
Attorneys for Plaintiff
MARLYS PLUMER

Dated: May ___, 2018.

**LAW OFFICES OF CHARLES B. WOODMAN, ESQ.**

_____
Charles B. Woodman, Esq. (Bar #5171)
548 W. Plumb Lane, Suite B
Reno, NV 89509
Attorneys for Plaintiff
CYNTHIA SUTHERLAND in her Capacity As Special Administrator of the Estates of Robert Mathis and Linda Mathis

Dated: May ___, 2018.

**BROWN, BONN & FRIEDMAN, LLP**

_____
Thomas Friedman, Esq. (Bar #7708)
5528 South Fort Apache Road
Las Vegas, NV 89148
Attorneys for Defendants
IDS PROPERTY & CASUALTY INSURANCE COMPANY;
AMERIPRISE AUTO & HOME INSURANCE COMPANY;
AMERIPRISE INSURANCE COMPANY;
AMERIPRISE AUTO & HOME INSURANCE AGENCY, INC.; and
AMERIPRISE FINANCIAL, INC.

-3-
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE FROM COMPLAINT

# ORDER

The parties have stipulated and agreed to the dismissal of all parties and all claims in these consolidated cases, as set forth in the Stipulation, and good cause appearing.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims between all parties in this consolidated action be dismissed with prejudice, each party to bear their own respective attorney's fees and costs herein.

Dated: June 20, 2018.

_____
Honorable Andrew P. Gordon
JUDICIAL DISTRICT COURT JUDGE

Submitted by:

BROWN, BONN & FRIEDMAN, LLP

_____
Thomas Friedman, Esq. (Bar #7708)
BROWN, BONN & FRIEDMAN, LLP
5528 South Fort Apache Road
Las Vegas NV 89148
(702) 942-3900
(702) 942-3901 FAX
tfriedman@brownbonn.com
Attorneys for Defendants
IDS PROPERTY & CASUALTY INSURANCE COMPANY;
AMERIPRISE AUTO & HOME INSURANCE COMPANY;
AMERIPRISE INSURANCE COMPANY;
AMERIPRISE AUTO & HOME INSURANCE AGENCY, INC.;
and AMERIPRISE FINANCIAL, INC